## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In Re:  
LATOYA SHENELL BRYANT  
3026 SOUTHMALL CIRCLE APT B  
MONTGOMERY, AL 36116

Case No. 19-33140-WRS  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

DAS NORTH AMERICA  
ATTN PAYROLL  
840 INDUSTRIAL PARK DR  
MONTGOMERY, AL 36117

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, October 20, 2020.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

cc: Latoya Shenell Bryant