# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 19-33140-WRS
                                               Chapter 13

LATOYA SHENELL BRYANT,

    Debtor.

## ORDER DISMISSING BANKRUPTCY CASE

    The Chapter 13 Trustee filed a Motion to Dismiss (Doc. 30) this case because of a default by the debtor in payments under the confirmed chapter 13 plan.

    The debtor filed an objection and a hearing was held on November 19, 2020.

    Upon representation of the parties, it appears that the debtor is still in default. Therefore, it is

    ORDERED that the objection is OVERRULED and the motion is GRANTED.

    FURTHER ORDERED that the Chapter 13 Trustee's office shall file and serve on all creditors a final accounting reflecting the receipts and disbursements in this case.

    Done this 23rd day of November, 2020.

                                                   William R. Sawyer
                                                   United States Bankruptcy Judge

c:     Debtor
       Michael Brock, Attorney for Debtor
       Sabrina L. McKinney, Trustee
       All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*